

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00271-CR
### NO. 02-14-00272-CR
### NO. 02-14-00273-CR

GEMMA PEREZ                                                        APPELLANT

V.

THE STATE OF TEXAS                                                      STATE

----------

FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NOS. 1352364D, 1352837D, 1352838D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Gemma Perez appeals her robbery-causing-bodily-injury conviction in cause number 02-14-00271-CR and her aggravated-robbery convictions in cause numbers 02-14-00272-CR and 02-14-00273-CR. *See* Tex. Penal Code Ann. §§ 29.02–.03 (West 2011). Perez made open pleas of guilty to

---

[1]*See* Tex. R. App. P. 47.4.

these offenses, and the trial court sentenced her to ten years' confinement for the robbery-causing-bodily-injury conviction and seven years' confinement for each aggravated-robbery conviction, to be served concurrently. *See id.* §§ 12.32–.33 (West 2011).

Perez's court-appointed appellate counsel has filed a motion to withdraw as counsel and a brief in support of that motion. Counsel's brief and motion meet the requirements of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds for relief. 386 U.S. 738, 87 S. Ct. 1396 (1967). Perez had the opportunity to file a pro se brief but has not done so.

Once an appellant's court-appointed attorney files a motion to withdraw on the ground that the appeal is frivolous and fulfills the requirements of *Anders*, this court is obligated to undertake an independent examination of the record. *See Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991); *Mays v. State*, 904 S.W.2d 920, 922–23 (Tex. App.—Fort Worth 1995, no pet.). Only then may we grant counsel's motion to withdraw. *See Penson v. Ohio*, 488 U.S. 75, 82– 83, 109 S. Ct. 346, 351 (1988).

We have carefully reviewed the record and counsel's brief. We agree with counsel that this appeal is wholly frivolous and without merit; we find nothing in the record that might arguably support the appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005); *see also Meza v. State*, 206 S.W.3d

684, 685 n.6 (Tex. Crim. App. 2006). Accordingly, we grant counsel's motion to withdraw and affirm the trial court's judgment.

/s/ Bonnie Sudderth
BONNIE SUDDERTH
JUSTICE

PANEL: WALKER, MEIER, and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: February 26, 2015